CRAIG S. SIMON (SBN 78158)
BERGER KAHN, A Law Corporation
2 Park Plaza, Suite 650
Irvine, California 92614-8516
Tel: (949) 474-1880 • Fax: (949) 474-7265
Email: csimon@bergerkahn.com

Attorneys for Plaintiffs

# UNITED STATES FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FIRE INSURANCE EXCHANGE;
MID-CENTURY INSURANCE
COMPANY; FOREMOST
PROPERTY AND CASUALTY
INSURANCE COMPANY;
FOREMOST INSURANCE
COMPANY GRAND RAPIDS,
MICHIGAN; and CALIFORNIA FAIR
PLAN ASSOCIATION,

      Plaintiffs,

      vs.

THE UNITED STATES OF
AMERICA; FCA US LLC, a
corporation; and CHRYSLER GROUP
LLC, a corporation

      Defendants.

Case No.: '15CV1196 L    DHB

**COMPLAINT FOR DAMAGES**

**DEMAND FOR JURY TRIAL**

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

**JURISDICTION**

1. This is an action arising under the Federal Tort Claims Act 28 U.S.C. §§2671 et seq.  This Court has jurisdiction over the subject matter of this Complaint under 28 U.S.C. § 1346(b)(1), which provides, in part that, "[t]he district courts…shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property…[c]aused by the negligent or wrongful act or omission of any officer, employee or servant of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred".

2. This action arises from the Chariot Fire that ignited July 6, 2013 and consumed approximately 7,055 acres and destroyed 122 residential structures, 29 outbuildings and 66 vehicles (hereinafter referred to as the "Chariot Fire").

3. The United States of America is a Defendant to this action.

4. All corporate Defendants named herein at all relevant times either do or regularly did business in San Diego County and/or California.

**PROCEDURAL ALLEGATIONS**

5. On December 26, 2013, Plaintiffs FIRE INSURANCE EXCHANGE; MID-CENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN timely filed an Administrative Tort Claim with the Defendant United States of America's Bureau of Land Management (hereinafter referred to as the "BLM"). Please see attached Exhibit A.

6. BLM denied Plaintiffs' Administrative Tort Claim on December 2, 2014, thereby permitting Plaintiffs to file a lawsuit under the Federal Tort Claims Act in this federal court.  Please see attached Exhibit B.

7.      On February 24, 2015, Plaintiff CALIFORNIA FAIR PLAN ASSOCIATION timely filed an Administrative Tort Claim with Defendant BLM. Please see attached Exhibit C.

8.      BLM denied Plaintiff's Administrative Tort Claim on March 17, 2015, thereby permitting Plaintiff to file a lawsuit under the Federal Tort Claims Act in this federal court.  Please see attached Exhibit D.

9.      In accordance with 28 U.S.C. §2675(a), Plaintiffs now file this action.

## PARTIES

10.     Plaintiffs FIRE INSURANCE EXCHANGE; MID-CENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; and CALIFORNIA FAIR PLAN ASSOCIATION (hereinafter collectively referred to as "Plaintiffs") were and are insurance carriers licensed to conduct and transact business in the State of California as an insurance company.

11.     At all relevant times, the individuals listed in Exhibit E (hereinafter collectively referred to as the "Insureds") either owned or rented real and personal property and were insured by Plaintiffs.

12.     At all relevant times, Defendant United States of America (hereinafter referred to as "Defendant USA"), through its federal agency the Bureau of Land Management within the United States Department of the Interior is responsible for the management and conservation of public lands, including the area of San Diego County where the Chariot Fire originated and burned.

13.     BLM employee Jason Peters is and at all relevant times herein was an employee and/or agent of the BLM responsible for the area of San Diego County where the Chariot Fire originated.

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

14. Defendant FCA US LLC, a corporation, is and at all relevant times herein was, a Delaware corporation, with its headquarters and principal place of business in Auburn Hills, Michigan.

15. Defendant CHRYSLER GROUP LLC, a corporation, is and at all relevant times herein was, a Delaware corporation, with its headquarters and principal place of business in Auburn Hills, Michigan.

16. In late 2014, CHRSYLER GROUP LLC changed its name to FCA US LLC according to media reports, but Plaintiffs do not know the exact transaction and do not know whether FCA US LLC is CHRYSLER GROUP LLC or whether there is some corporate separateness between the two companies requiring them each to be named herein as defendants.

17. Defendants FCA US LLC and CHRYSLER GROUP LLC will hereinafter be collectively referred to as "CHRYSLER".

18. Defendant USA is vicariously liable for the negligent, reckless, or other acts of Jason Peters, all of whom were acting in the course and scope of their employment as officers, employees, agents, and/or servants at all relevant times herein alleged.

19. Plaintiffs paid their Insureds, under the terms of their respective policies of insurance, for damages caused by the Chariot Fire.  As such, Plaintiffs have become equitably, contractually and legally subrogated to the claims, rights, and demands of each of its Insureds against all Defendants herein to the extent of the payments made, and to be made.

## GENERAL ALLEGATIONS

20. Plaintiffs are informed and believe that in the afternoon of July 6, 2013, the Chariot Fire ignited when BLM Officer Jason Peters, acting under the course and scope of his employment and/or agency with the BLM, drove the BLM Jeep (hereinafter "JEEP"), US Government license plate number I428127, in tall, dry brush near the community of Julian, CA.

4

21.     Jason Peters was, at all relevant times alleged, the possessor, operator and driver of the JEEP that ignited the Chariot Fire, with BLM's express and/or implied consent and permission, and within the course and scope of his employment with the BLM.

22.     For several years prior to July 6, 2013, San Diego County, California had experienced drought conditions.  The conditions and circumstances on or about July 6, 2013, including the extended drought, high temperatures, low humidity, dryness of vegetation were not only reasonably foreseeable, but were well known to Defendant USA, and its agents and employees.

23.     The Chariot Fire's general origin areas were located on property managed, administered, operated and supervised by Defendant USA, and its agents and employees.

24.     On July 6, 2013, Jason Peters negligently ignited the Chariot Fire by, amongst other things, failing to inspect, notice, maintain and/or clear debris and/or dry brush from the JEEP while driving on or around Highway S2 and the Great Southern Overland Stage Route, in an area southwest of Butterfield Ranch Resort, in San Diego County.  In addition, Jason Peters drove the JEEP in tall, dry grass that is known or should have been known to cause a dangerous condition with the possibility of fire.

25.     Based on information and belief, the fire originated under the cab in the chassis area below the transmission.  Accumulated brush ignited from contact with the catalytic converter.  The JEEP has two catalytic converters that are mounted to exhaust pipes and located approximately four inches above both sides of the skid plate and transmission cross member.  The front edge of the skid plate on the JEEP cuts through tall brush allowing brush to accumulate along the top side of the skid plate and cross member.

26.     Based on information and belief, the dry brush and/or debris under the JEEP ignited from contact with the catalytic converters, exhaust system, engine

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

block, fuel delivery system and/or other parts of the JEEP. Fire spread across the brush and ignited plastic material, including the plastic incoming fuel line to the engine compartment. Fire activity accelerated as the fuel tank contents drained out of the burned fuel line. The fire severely damaged the vehicle.

27. Jason Peters, while acting under the course and scope of his BLM employment, continued to drive across and around the Great Southern Overland Stage Route area while his JEEP undercarriage was on fire and spread igniting material which ignited multiple areas of origin. The multiple origin areas combined to form the Chariot Fire.

28. The Chariot Fire spread dramatically and destroyed over 100 residences or other structures and destroyed automobiles. The destruction included damage to the insureds' property covered by Plaintiffs.

## ALLEGATIONS AGAINST CHRYSLER'S
## DEFECTIVE JEEP AND FAILURE TO RECALL

29. CHRYSLER designed, manufactured, labeled, promoted, advertised, distributed, inspected, and/or sold the subject JEEP.

30. The subject JEEP was defectively designed and manufactured because debris from outside the vehicle is easily susceptible to getting caught and being collected in the skid plates and undercarriage of the JEEP near or around the catalytic converters, exhaust system, and other parts of the JEEP.

31. The subject JEEP was defective for other reasons related to the ignition of fire in, near, or around the engine compartment, exhaust system and other areas of the vehicle.

32. The defects in the subject JEEP were the cause or a substantial factor in causing the subject Chariot Fire and causing damages to Plaintiffs.

33. The subject JEEP was a 2009 model, which had a substantially similar or same design to the 2010 Jeep Wrangler, which was recalled for a defective design that allowed debris from outside the vehicle to get caught and collect on the

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

skid plates and undercarriage of the Jeep vehicles, thereby causing or starting a fire near or around the catalytic converters, exhaust system, and other parts of the JEEP.

34.     In or around 2012, approximately one year prior to the Chariot Fire, CHRYSLER recalled approximately 67,877 2010 Jeep Wranglers due to fire hazards caused by debris collection in the skid plate and fires igniting near catalytic converters, but knowingly, willfully, intentionally, and recklessly failed to recall any other Jeep Wrangler model years despite having the same or similar design defects that create the same or similar fire hazards.

35.     CHRYSLER, in relation to the recalled 2010 Jeep, drafted an owner notification letter which read in part, "The transmission skid plate on your vehicle (VIN:XXXXXXXXXXX) may allow debris to collect in the undercarriage of the vehicle under certain driving conditions.  If an excessive amount of debris collects in the undercarriage, the catalytic converter could ignite the debris, causing an underbody fire without warning."

36.     The "fix" to the recalled 2010 Jeep was the installation of a skid "bar" to replace a skid "plate", thereby reducing and/or eliminating the skid plate's ability to collect debris that could lead to the ignition of a fire near or around the catalytic converter or exhaust system, but CHRYSLER knowingly, negligently, willfully, intentionally, and recklessly failed to recall other Jeep Wrangler model years including the 2009, failing to provide the same skid "bar" replacement instructions.

37.     JEEP's remedy was simple, as outlined in the U.S. Department of Transportation National Highway Traffic Safety Administration recall acknowledgement letter dated May 18, 2012.  The "Remedy" was "CHRYSLER WILL NOTIFY OWNERS, AND DEALERS WILL REPLACE THE SKID PLATE WITH A SKID BAR, FREE OF CHARGE".

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

38. The Dealer Service Instructions for the 2010 Jeep Wrangler recall, known as "Safety Recall M22/NHTSA 12V-216" states "Subject: The transmission skid plate on about 67,800 of the above vehicles may allow vehicles may allow debris to collect in the undercarriage of the vehicle under certain driving conditions. If an excessive amount of debris collect in the undercarriage, the catalytic converter could ignite debris, causing an underbody fire without warning. Repair: The transmission skid plate must be replaced with a skid bar on all involved vehicles." The Dealer Service Instructions further state, "No special tools are required to perform this service procedure".

39. Despite the owner notification for the 2010 Jeep Wrangler recall and skid plate to skid bar replacement instructions, CHRYSLER knowingly, negligently, willfully, intentionally, and recklessly failed to notify owners of any other Jeep models including 2009 despite the same or substantially similar fire hazard due to the same or substantially similar design defect.

40. In or around November 2011, the Chinese government required the CHRYSLER Defendants to recall Jeep Wranglers from 2007 through 2010, which included the 2009 subject JEEP. The "fix" under the Chinese recall was similarly the installation of a skid "bar" to replace a skid "plate", thereby reducing and/or eliminating the skid plate's ability to collect debris that could lead to the ignition of a fire near or around the catalytic converter or exhaust system.

41. Prior to recalling the 2010 Jeep Wrangler, CHRYSLER received reports of and knew about other model year Jeep Wranglers, including the 2009 models, catching fire due to similar or same design defects. Despite having actual knowledge of the design defect in other model year Jeep Wranglers, CHRYSLER knowingly, negligently, willfully, intentionally, and recklessly failed to recall any other model years, including 2009, in order to reduce monetary losses from recalling vehicles, to increase profits, and to reduce negative media attention

despite the severe risk to human health and safety, including severe risk to property loss such as suffered by Plaintiffs.

42.     CHRYSLER promotes their Jeep Wrangler for off-road use.  As of January 28, 2015, CHRYSLER boasts on its website that the Jeep Wrangler is "Trail Rated ® for the toughest trails in the world.  The Trail Rated ® badge signifies that any vehicle holding it has been tested to perform in the following five categories of off-road conditions: traction, ground clearance, maneuverability, articulation and water fording."

## FIRST CLAIM FOR RELIEF

### (Negligence Against Defendant USA)

43.     Plaintiffs hereby incorporate each and every allegation as though fully set forth herein.

44.     At all relevant times, the Defendant USA, and its agents and/or employees were solely responsible and obligated to exercise a high degree of care in the management and supervision of the public land where the fire originated.

45.     At all relevant times, the Defendant USA had a duty to reasonably and properly manage, maintain, and supervise its public land in a manner as not to cause personal and/or real property damage to the property of Plaintiffs' Insureds.

46.     Defendant USA knew or should have known that the JEEP posed the threat of and created a dangerous condition in and around an area that was extremely susceptible to wildfire.

47.     Defendant USA negligently breached their duty of care by:

a.     Failing to inspect, notice and/or clear out debris from under the JEEP's undercarriage;

b.     Driving in tall, dry brush with knowledge of fire susceptibility and drought conditions in the area he was driving;

c.     Failing to maintain and upkeep the JEEP in a manner as not to cause a fire;

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

d.      Failing to recognize that the JEEP was igniting debris as the vehicle was being driving around; and

e.      Failing to extinguish and prevent the spread of the fire.

48.      The negligence of Defendant USA, and its agents and employees, was a substantial factor causing Plaintiffs damages. Defendant USA's failure to comply with their duty of care proximately and directly caused damage to the Plaintiffs.

49.      As a direct and proximate result of the conduct of Defendant USA, Plaintiffs sustained loss and damage in an amount in excess of $2 million as shown on Exhibit E.

## SECOND CLAIM FOR RELIEF
### (Strict Product Liability Against CHRYSLER)

50.      Plaintiffs hereby incorporate each and every allegation as though fully set forth herein.

51.      CHRYSLER designed, manufactured, distributed and/or sold the subject JEEP.

52.      The subject JEEP did not perform as safely as an ordinary consumer would have expected it to perform when used or misused in an intended or reasonably foreseeable way.

53.      Plaintiffs were harmed and incurred damages as a result of the JEEP's failure to perform safely.

54.      The JEEP's defective design and failure to perform safely was a substantial factor in causing Plaintiffs harm.

55.      The JEEP had potential risks, including but not limited to fire ignition, that were known and/or knowable in light of the scientific and mechanical/engineering knowledge that were generally accepted in the community at the time of the design, manufacture, distribution and sale.

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

56.     The potential risks, including but not limited to fire ignition, presented a substantial danger when the JEEP is used or misused in an intended or reasonably foreseeable way.

57.     Ordinary consumers would not have recognized the potential risks, including but not limited to fire ignition.

58.     CHRYSLER knowingly, willfully, intentionally, and recklessly failed to adequately warn or instruct of the potential risks, including but not limited to fire ignition.

59.     Plaintiffs were harmed and incurred damages as a result of the Defendant's failure to warn or instruct of the potential risks, including but not limited to fire ignition.

60.     The lack of sufficient warnings or instructions was a substantial factor in causing Plaintiffs' harm and damages.

61.     The JEEP contained a manufacturing defect when it left the possession of the CHRYSLER.

62.     Plaintiffs were harmed and incurred damages as a result of the manufacturing defect, which was a substantial factor in causing the Plaintiffs harm and damages.

## THIRD CLAIM FOR RELIEF
### (Negligence Against CHRYSLER)

63.     Plaintiffs hereby incorporate each and every allegation as though fully set forth herein.

64.     CHRYSLER designed, manufactured, supplied, installed parts on, inspected, repaired and/or labeled the subject JEEP.

65.     CHRYSLER was negligent in designing, manufacturing, supplying, installing parts on, inspecting, repairing, and/or labeling the subject JEEP.

66.     CHRYSLER failed to adequately warn of the danger of the defect JEEP.

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

67.     Plaintiffs were harmed and incurred damages as a result of CHRYSLER'S negligence, which was a substantial factor in causing Plaintiffs harm and damages.

68.     CHRYSLER manufactured, distributed and/or sold the subject JEEP.

69.     CHRYSLER knew or reasonably should have known that the JEEP was dangerous or likely to be dangerous when used or misused in a reasonably foreseeable manner.

70.     CHRYSLER knew or reasonably should have known that the users would not realize the danger.

71.     A reasonable manufacturer, distributor, or seller under the same or similar circumstances would have warned of the defect affecting the subject JEEP.

72.     Plaintiffs were harmed and incurred damages as a result of the manufacturing defect, which was a substantial factor in causing Plaintiffs harm and damages.

## FOURTH CLAIM FOR RELIEF

### (Negligent Recall/Retrofit against CHRYSLER)

73.     Plaintiffs hereby incorporate each and every allegation as though fully set forth herein.

74.     CHRYSLER manufactured, distributed and/or sold the subject JEEP.

75.     CHRYSLER knew or reasonably should have known that the subject JEEP was dangerous or likely to be dangerous when used in a reasonably foreseeable manner.

76.     CHRYSLER became aware of this defect after the subject JEEP was sold.

77.     CHRYSLER failed to recall and/or retrofit or warn of the danger of the subject JEEP.

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

78.     A reasonable manufacturer, distributor, or seller under the same or similar circumstances would have recalled and/or retrofitted the subject JEEP and/or warned of the defect affecting the subject JEEP.

79.     Plaintiffs were harmed and incurred damages due to Defendant's failure to recall and/or retrofit and/or warn of the product, which was a substantial factor in causing Plaintiffs' harm.

## DEMAND FOR JURY TRIAL

80.     Plaintiffs hereby demand a trial by jury.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, and their respective agents and employees, as set forth below:

1.     For monetary damages in an amount to be proven at trial in excess of $2 million as shown on Exhibit E;

2.     For attorneys' fees and cost of suit; and

3.     For such other relief as the Court deems just and proper.

Respectfully submitted,

DATED: May 29, 2015          BERGER KAHN, A Law Corporation

By:_____/s/_____
CRAIG S. SIMON
Attorneys for Plaintiffs FIRE INSURANCE EXCHANGE; MID-CENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; and CALIFORNIA FAIR PLAN ASSOCIATION
Email:  csimon@bergerkahn.com

BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614

COMPLAINT

# TABLE OF CONTENTS OF EXHIBITS

Exhibit A ...............................................................................................15

Exhibit B...............................................................................................25

Exhibit C...............................................................................................29

Exhibit D ..............................................................................................35

Exhibit E...............................................................................................37

# Exhibit A



**Berger Kahn**

*A Law Corporation*

*Orange County*
2 Park Plaza, Suite 650
Irvine, CA 92614-8516

P.O. Box 19694
Irvine, CA 92623-9694

Phone: (949) 474-1880
Fax: (949) 474-7265

*Los Angeles*
Phone: (310) 578-6800
Fax: (310) 578-6801

*San Diego*
Phone: (858) 547-0075
Fax: (858) 547-0175

*San Francisco Bay Area*
Phone: (415) 891-3321
Fax: (415) 891-3322

December 26, 2013

**Via U.S. Mail, Facsimile (951) 697-5299 and Certified Mail**

Bureau of Land Management
California Desert District
22835 Calle San Juan De Los Lagos
Moreno Valley, CA  92553

      **Re:**    **Chariot Fire – Evidence Preservation**
            **Date of Loss:**     **July 6, 2013**

Gentlemen:

    Please be advised that our firm has been retained to represent the subrogation interests of Mid-Century Insurance Company, Fire Insurance Exchange, Foremost Insurance Company Grand Rapids Michigan and Foremost Property and Casualty Company ("Farmers"), the property insurers for the below listed insureds, with regard to a brush fire that occurred on or about July 6, 2013 in Julian/Mount Laguna area of San Diego County, California.  Farmers' losses in this matter are expected to be in excess of $2 million.  As of this time, Farmers has received notice of the following claims:

| | | | | |
|---|---|---|---|---|
| CARTER | HAROLD | 11067 SUNRISE HIGHWAY #13 | MOUNT LAGUNA | 91948 |
| NITZ | BOBBIE | 11670 SUNRISE HWY #86 | SHRINER CAMP | 91948 |
| URIBE | RICHARD | CBN #10 SHRINE TRACT. | MT. LAGUNA | 91948 |
| BELL | HEYWOOD | 11670 SUNRISE HWY #41 AL BAHR SHRINE CAMP | MT LAGUNA | 91948 |
| ANTHONY JR | JAMES | 11067 SUNRISE HWY AL BAHR SHRINE CAMP#90 | MT LAGUNA | 91948 |
| COX | ELIZABETH | 11067 SUNRISE HWY AL BAHR SHRINE CAMP#16 | MOUNT LAGUNA | 91948 |
| COVARRUBIAS | SAL | 11670 SUNRISE HWY #67 AL BAHR SHRINE CAMP | MOUNT LAGUNA | 91948 |
| RUCH | VICKI | 110670 SUNRISE HIGHWAY AL BAHR SHRINE CAMP#105 | MOUNT LAGUNA | 91948 |
| SHULTZ | STEPHEN | 11670 SUNRISE HWY # 27 AL BAHR SHRINE CAMP | MT LAGUNA | 91948 |
| NITZ | BOBBIE | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#86 | MT LAGUNA | 91948 |
| POWELL | ROBERT | 11067 SUNRISE HWY AL BAHR SHRINE CAMP#91 | MT LAGUNA | 91948 |

Re: Chariot Fire
December 26, 2013
Page **2** of **4**

| | | | | |
|---|---|---|---|---|
| ADAMS | ROBERT | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#102 | MOUNT LAGUNA | 91948 |
| JOHNSON | PAUL | 11670 SUNRISE HWY | MOUNT LAGUNA | 91948 |
| CARLSON | RICHARD | 11670 SUNRISE HWY SUNRISE RV PARK#25 | MOUNT LAGUNA | 91948 |
| BENKER | RICHARD | SUNRISE HWY SPACE 54 AL BAHR SHRINE CAMP#54 | MT LAGUNA | 91948 |
| SALINI | BOB | 11067 SUNRISE HIGHWAY AL BAHR SHRINER CAMP | MOUNT LAGUNA | 91948 |
| LOPEZ | ADRIAN | 11670 SUNRISE AL BAHR SHRINE CAMP#89 | MOUNT LAGUNA | 91948 |
| BRILL | RANDY | 11130 SUNRISE HWY AL BAHR SHRINE CAMP#78 | MOUNT LAGUNA | 91948 |
| JESMOND | ANTHONY | 11670 SUNRISE HWY | MOUNT LAGUNA | 91948 |
| PALMER | MICHAEL | AL BAHR SHRINE | MT LAGUNA | 91948 |
| ACUNA | GEORGE | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#104 | MT LAGUNA | 91948 |
| JAYROE | RICHARD | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#64 | MOUNT LAGUNA | 91948 |
| ENGSTROM | KARL | 11670 SUNRISE HIGHWAY AL BAHR SHRINE CAMP#76 | MOUNT LAGUNA | 91948 |
| BAUERSFELD | RICHARD | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#81 | MT LAGUNA | 91948 |
| STRANGMAN | ROBERT | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#79 | MOUNT LAGUNA | 91948 |
| RUSSO | MICHAEL | 11670 SUNRISE HWY | MT LAGUNA | 91948 |
| QUINE | NANCY | 11067 SUNRISE HWY AL BAHR SHRINE CAMP | MOUNT LAGUNA | 91948 |
| SHEPARD | EUGENE | 11670 SUNRISE HIGHWAY | MOUNT LAGUNA | 91948 |
| ELMORE | STAN | 11670 SUNRISE HIGHWAY #50 | MOUNT LAGUNA | 91948 |
| CHAVEZ | RICHARD | AL BAHR SHRINE CAMP AL BAHR SHRINE CAMP#82 | MOUNT LAGUNA | 91948 |
| HAHN | LOUIS | 11670 SUNRISE HWY SPC 101 AL BAHR SHRINE CAMP MHP | MOUNT LAGUNA | 91948 |
| COCHRAN | JOE | 11670 SUNRISE HWY AL BAHR SHRINE CAMP | MOUNT LAGUNA | 91948 |
| LARSEN | RICHARD | 11670 SUNRISE HWY AL BAHR SHRINE CAMP #74 | MT LAGUNA | 91948 |

Re:  Chariot Fire
December 26, 2013
Page **3** of **4**

| FAIN | SHIRLEY | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#31 | MOUNT LAGUNA | 91948 |
|---|---|---|---|---|
| MUTH | VICTOR | 11670 SUNRISE HWY#24 | MT LAGUNA | 91948 |
| HUNTER | PATRICIA | 11067 SUNRISE HWY AL BAHR SHRINE CAMP#19 | MT LAGUNA | 91948 |
| KELLER | DONALD | 11670 SUNRISE HWY AL BAHR SHRINE CAMP | MOUNT LAGUNA | 91948 |
| SNELL | WILLIAM | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#33 | MOUNT LAGUNA | 91948 |
| CONDON | HOWARD | 66 MOUNT LAGUNA AL BAHR SHRINE CAMP | MOUNT LAGUNA | 91948 |
| WIERMAN | DON | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#37 | MT LAGUNA | 91948 |
| KOPENHAVER | WILLIAM | 11670 SUNRISE HWY AL BAHR SHRINE CAMP #100 | MT LAGUNA | 91948 |
| GRIEVE | KENNETH | 11670 SUNRISE HWY AL BAHR SHRINE CAMP | MT LAGUNA | 91948 |
| ALLEN | DAVID | 11670 SUNRISE HWY AL BAHR SHRINE CAMP#30 | MT LAGUNA | 91948 |
| LYTTLETON | HUGH | 11670 SUNRISE HWY #34 | MT LAGUNA | 91948 |
| MAGDALUYO | DARLENE | ALBAHR SHRINE CAMP AL BAHR SHRINE CAMP #70 | MOUNT LAGUNA | 91948 |
| FORD | JOHN | 11670 SUNRISE HIGHWAY #94 | MOUNT LAGUNA | 91948 |
| CLIFTON LORNE JR | JOHN | SHRINE CAMP | MT LAGUNA | 91948 |

Preliminary investigation has revealed that the subject fire began off Sunrise Highway approximately 9 miles southeast of Julian.  The fire then jumped the Sunrise highway and burned around and through the Mount Laguna area.  The fire started as the result of a Jeep owned and operated by the Bureau of Land Management ("BLM") after brush became entangled in its undercarriage, causing grass west of Butterfield Ranch Resort to ignite.  The Jeep burned on the floor of the desert at the same time the fire began.  The fire then spread to the residential properties located in and round the Mount Laguna area.  As such, we will be filing a claim on behalf of Farmers against the Bureau of Land Management for the resulting damages.

We request that all evidence relating to this loss (including the Jeep, any items, gate locks, photographs, brush clearance notices, citations, etc. pertaining to the property involved) be preserved without alteration so that all interested parties may have an opportunity to review and inspect same.  We further request that a litigation hold be placed on all relevant documents.  Please contact the undersigned immediately so that we may move forward with scheduling an inspection of the evidence.

Re:  Chariot Fire
December 26, 2013
Page **4** of **4**

      Please let us hear from you within ten (10) days of the date of this letter.  We look forward to hearing from you soon.

              Very truly yours,

              Craig S. Simon

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Bureau of Land Management; California Desert District 22835 Calle San Juan De Los Lagos Moreno Valley, CA  92553 | Fire Insurance Exchange; Foremost Insurance Company Grand Rapids, Michigan; Mid-Century Insurance Company; Foremost Property and Casualty Insurance Company; |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | n/a | n/a | 07/06/2013 | 12:55 pm (approx) |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Preliminary investigation has revealed that the subject fire began off Sunrise Highway approximately 9 miles southeast of Julian. The fire then jumped the Sunrise highway and burned around and through the Mount Laguna area.   The fire started as the result of a Jeep owned and operated by the Bureau of Land Management ("BLM") after brush became entangled in its undercarriage, causing grass west of Butterfield Ranch Resort to ignite.  The Jeep burned on the floor of the desert at the same time the fire began.  The fire then spread to the residential properties located in and round the Mount Laguna area.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

c/o Craig S. Simon, Esq; Berger Kahn; 2 Park Plaza, Suite 650, Irvine, CA  92614

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Damage to Claimants' Insureds' property and loss of use of property as a result of the Chariot Fire.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 2,000,000 | | | 2,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (949) 474-1880 | 12/26/2013 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Claimant in an insurance carrier seeking subrogation.

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No  17. If deductible, state amount.

N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)
N/A

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

N/A

**INSTRUCTIONS**

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute your claim may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

**21**
**EXHIBIT A**

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 12/26/2013 15:38
                              NAME  : BERGER KAHN
                              FAX   : 9494747265
                              TEL   : 9494741880
                              SER.# : BROE9J931419
```

```
DATE,TIME              12/26  15:36
FAX NO./NAME           919516975299
DURATION               00:01:31
PAGE(S)                07
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Berger Kahn

*A Law Corporation*

2 PARK PLAZA • SUITE 650 • IRVINE, CA 92614-8516
MAILING ADDRESS: P.O. BOX 19694 • IRVINE, CA 92623-9694
TELEPHONE: (949) 474-1880 • TELECOPIER: (949) 474-7265

## *Telecopier Transmission Cover Sheet*

| | | | |
|---|---|---|---|
| **TO:** | Whom it may concern | **DATE:** | December 26, 2013 |
| **COMPANY:** | Bureau of Land Management | **FILE NO.:** | 1543-0001 |
| **FROM:** | Craig S. Simon | **RE:** | Chariot Fire |
| **FAX NO.** | (951) 697-5299 | **NO. OF PAGES:** (including this page) | 7 |

**ATTACHED PLEASE FIND:**  Notice letter and Claim for Damage

☐ This copy is for your file.
☐ No action is required on your part.
☐ Unless you have corrections or questions, sign this and return it to us.
☐ Please let us have your comments and suggestions.

☐ This is the document you requested.
☐ Please OK before we mail the original.
☐ Please phone us to discuss this matter.
☒ We will mail the original.

**NOTES:**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _J Wolfgent_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Bureau of Land Management
California Desert District
22835 Calle San Juan De Los Lagos
Moreno Valley, CA 92553

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7009 2820 0002 4257 9852

**23**
**EXHIBIT A**

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

02 JAN 2014 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

BERGER KAHN, A
LAW CORPORATION
2 PARK PLAZA, SUITE 650
P.O. BOX 19694
IRVINE, CA  92623

**24**

**EXHIBIT A**

# Exhibit B



# United States Department of the Interior

**OFFICE OF THE SOLICITOR**
Pacific Southwest Region
2800 Cottage Way
Room E-1712
Sacramento, California 95825-1890

IN REPLY
REFER TO:

RECEIVED

DEC 0 5 2014

BERGER KAHN

**DEC 2 2014**

**Certified Mail - Return Receipt Requested**

Craig S. Simon, Esq.
Berger Kahn A Law Corporation
2 Park Plaza Suite 650
Irvine, CA 92614-8516

Subject:   Mid-Century Insurance Company, Fire Insurance Exchange, Foremost Insurance
Company Grand Rapids Michigan and Foremost Property and Casualty Insurance
Company (Farmers); TS-0002 thru TS-0047

Dear Mr. Simon:

You have filed tort claims on behalf of (see client's listed on attached sheet), in the amount of
$2,000,000.00 pursuant to the Federal Tort Claims Act, *28 U.S.C. §§ 2671-2680*, which provides
for settlement of claims for damages caused by the negligent act or omission of a government
employee while acting within the scope of his/her employment under certain specified
circumstances.  These claims have been referred to this office by the Bureau of Land
Management (BLM) for administrative determination.

The administrative record fails to disclose any factual or legal basis to support a finding that the
United States is responsible for the property damage claimed by your clients as a result of the
Chariot Fire on July 6, 2013. Therefore, these claims must be and are hereby denied.

If you are dissatisfied with this finding, you may resubmit this claim, together with your reasons
for reconsideration, to the Regional Solicitor, Pacific Southwest Region, 2800 Cottage Way,
Room E-1712, Sacramento, California 95825, within six months from the date of the mailing of
this decision, or you may file an action in the United States District Court within that same six
months.

Sincerely,

Clementine Josephson
Acting Regional Solicitor

cc: Safety Officer-BLM

**26**
**EXHIBIT B**

Craig S. Simon

Berger Kahn A Law Corporation

| Name | Unit | Solicitor's Office |
|------|------|--------------------|
| 1. George Acuna | 104 | TS-0002 |
| 2. Robert Adams | 102 | TS-0003 |
| 3. David Allen | 30 | TS-0004 |
| 4. James Anthony Jr. | 90 | TS-0005 |
| 5. Richard Bauersfeld | 81 | TS-0006 |
| 6. Heywood Bell | 41 | TS-0007 |
| 7. Richard Benker | 54 | TS-0008 |
| 8. Randy Brill | 78 | TS-0009 |
| 9. Richard Carlson | 25 | TS-0010 |
| 10. Harold Carter | 13 | TS-0011 |
| 11. Richard Chavez | 82 | TS-0012 |
| 12. John Clifton Lorne Jr. | None Listed | TS-0013 |
| 13. Joe Cochran | None Listed | TS-0014 |
| 14. Howard Condon | None Listed | TS-0015 |
| 15. Sal Covarrubias | 67 | TS-0016 |
| 16. Elizabeth Cox | 16 | TS-0017 |
| 17. Stan Elmore | 50 | TS-0018 |
| 18. Karl Engstrom | 76 | TS-0019 |
| 19. Shirley Fain | 31 | TS-0020 |
| 20. John Ford | 94 | TS-0021 |
| 21. Kenneth Grieve | None Listed | TS-0022 |
| 22. Louis Hahn | 101 | TS-0023 |
| 23. Patricia Hunter | 19 | TS-0024 |
| 24. Richard Jayroe | 64 | TS-0025 |
| 25. Anthony Jesmond | None Listed | TS-0026 |
| 26. Paul Johnson | None Listed | TS-0027 |
| 27. Donald Keller | None Listed | TS-0028 |
| 28. William Kopenhaver | 100 | TS-0029 |

| | | |
|---|---|---|
| 29. Richard Larsen | 74 | TS-0030 |
| 30. Adrian Lopez | 89 | TS-0031 |
| 31. Hugh Lyttleton | 34 | TS-0032 |
| 32. Darlene Magdaluyo | 70 | TS-0033 |
| 33. Victor Muth | 24 | TS-0034 |
| 34. Bobbie Nitz (Listed Twice) | 86 | TS-0035 |
| 35. Michael Palmer | None Listed | TS-0036 |
| 36. Robert Powell | 91 | TS-0037 |
| 37. Nancy Quine | None Listed | TS-0038 |
| 38. Vicki Ruch | 105 | TS-0039 |
| 39. Michael Russo | None Listed | TS-0040 |
| 40. Bob Salini | None Listed | TS-0041 |
| 41. Eugene Shepard | None Listed | TS-0042 |
| 42. Stephen Shultz | 27 | TS-0043 |
| 43. William Snell | 33 | TS-0044 |
| 44. Robert Strangman | 79 | TS-0045 |
| 45. Richard Uribe | 10 | TS-0046 |
| 46. Don Wierman | 37 | TS-0047 |

# Exhibit C

| CLAIM FOR DAMAGE, INJURY, OR DEATH (AMENDED) | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Bureau of Land Management; California Desert District<br>22835 Calle San Juan De Los Lagos<br>Moreno Valley, CA  92553 | California FAIR Plan Association<br>c/o Craig Simon - Berger Kahn ALC<br>2 Park Plaza, Suite 650, Irvine, CA 92614 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>n/a | 5. MARITAL STATUS<br>n/a | 6. DATE AND DAY OF ACCIDENT<br>07/06/2013 | 7. TIME (A.M. OR P.M.)<br>12:55 pm (approx) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Preliminary investigation has revealed that the subject fire began off Sunrise Highway approximately 9 miles southeast of Julian. The fire then jumped the Sunrise highway and burned around and through the Mount Laguna area.   The fire started as the result of a Jeep owned and operated by the Bureau of Land Management ("BLM") after brush became entangled in its undercarriage, causing grass west of Butterfield Ranch Resort to ignite.  The Jeep burned on the floor of the desert at the same time the fire began.  The fire then spread to the residential properties located in and round the Mount Laguna area.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

c/o Craig S. Simon, Esq; Berger Kahn; 2 Park Plaza, Suite 650, Irvine, CA  92614                              .

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Damage to Claimants' Insureds' properties and contents located at 11670 Sunrise Hwy #9, Mount Laguna, CA 91948 and 11067 Sunrise Hwy #55, Mount Laguna, CA 91948 and loss of use of property as a result of the Chariot Fire.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>194,473.16 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br>194,473.16 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(949) 474-1880 | 14. DATE OF SIGNATURE<br>02/24/2015 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

**30**

**EXHIBIT C**

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Claimant is an insurance carrier seeking subrogation for amounts paid on the properties damage claim of its insured Buford Lane, loss location 11670 Sunrise Hwy #9, Mount Laguna, CA 91948  and insured Barry J. Clay, loss location _____.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| N/A | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).
N/A

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

N/A

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT.  THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:*  The information requested is to be used in evaluating claims.
C. *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

**31**

**EXHIBIT C**

# U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 6.00 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark Here

2-24-15

Sent To
BLM ; California Desert District

Street, Apt. No.;
or PO Box No. 22835 Calle San Juan De Los Lagos

City, State, ZIP+4
Moreno Valley, CA 92553

**32**

**EXHIBIT C**

PS Form 3800, August 2006

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Barbara Croongent_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Bureau of Land Management
California Desert District
22835 Calle San Juan De Los Lagos
Moreno Valley, CA 92553

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7013 2630 0001 5383 7289

**33**

PS Form 3811, July 2013    Domestic Return Receipt    **EXHIBIT C**



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**Berger Kahn**
**A Law Corporation**
**2 Park Plaza, Suite 650**
**Irvine, CA 92614**

**34**

CSS-Chariott

**EXHIBIT C**

# Exhibit D



**United States Department of the Interior**

OFFICE OF THE SOLICITOR
Pacific Southwest Region
2800 Cottage Way
Room E-1712
Sacramento, California 95825-1890

IN REPLY
REFER TO:

RECEIVED

MAR 2 3 2015

BERGER KAHN

MAR 17 2015

**Certified Mail – Return Receipt Requested**

Craig S. Simon, Esq.
Berger Kahn A Law Corporation
2 Park Plaza Suite 650
Irvine, CA 92654

Subject:      TS-156 – California FAIR Plan Association

Dear Mr. Simon:

You have filed a tort claim on behalf of California FAIR Plan Association in the amount of $194,473.16 pursuant to the Federal Tort Claims Act, *28 U.S.C. §§ 2671-2680*, which provides for settlement of claims for damages caused by the negligent act or omission of a government employee while acting within the scope of his/her employment under certain specified circumstances. These claims have been referred to this office by the Bureau of Land Management (BLM) for administrative determination.

The administrative record fails to disclose any factual or legal basis to support a finding that the United States is responsible for the property damage claimed by your client as a result of the Chariot Fire on July 6, 2013. Therefore, this claim must be and is hereby denied.

If you are dissatisfied with this finding, you may resubmit this claim, together with your reasons for reconsideration, to the Regional Solicitor, Pacific Southwest Region, 2800 Cottage Way, Room E-1712, Sacramento, California 95825, within six months from the date of the mailing of this decision, or you may file an action in the United States District Court within that same six months.

Sincerely,

Clementine Josephson
Regional Solicitor

cc: Safety Officer-BLM

**36**
**EXHIBIT D**

# Exhibit E

# EXHIBIT "E"

| CARRIER | CLAIM NUMBER | OWNER LAST NAME | LOSS LOCATION CITY | STATE | ZIP | GRAND TOTAL |
|---|---|---|---|---|---|---|
| MID-CENTURY INSURANCE COMPANY | 8001842005 | CLIFTON LORNE JR | MT LAGUNA | CA | 91948 | $2,366.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001829680 | ENGSTROM | MT LAGUNA | CA | 91948 | $18,500.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001822499 | BAUERSFELD | MT LAGUNA | CA | 91948 | $14,500.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001817484 | STRANGMAN | MT LAGUNA | CA | 91948 | $34,085.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001809753 | RUSSO | MT LAGUNA | CA | 91948 | $65,000.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001806095 | QUINE | MT LAGUNA | CA | 91948 | $30,500.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001806006 | SHEPARD | MT LAGUNA | CA | 91948 | $11,700.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001803280 | ELMORE | MT LAGUNA | CA | 91948 | $14,000.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001802888 | CHAVEZ | MT LAGUNA | CA | 91948 | $18,500.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001802474 | HAHN | MT LAGUNA | CA | 91948 | $25,300.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001800389 | COCHRAN | MT LAGUNA | CA | 91948 | $20,500.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001798141 | LARSEN | MT LAGUNA | CA | 91948 | $19,000.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001797524 | FAIN | MT LAGUNA | CA | 91948 | $56,000.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001796710 | MUTH | MT LAGUNA | CA | 91948 | $66,613.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001796668 | HUNTER | MT LAGUNA | CA | 91948 | $45,500.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001796224 | KELLER | MT LAGUNA | CA | 91948 | $36,739.92 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001796132 | SNELL | MT LAGUNA | CA | 91948 | $53,000.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001793726 | CONDON | MT LAGUNA | CA | 91948 | $120,820.94 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001792198 | WIERMAN | MT LAGUNA | CA | 91948 | $65,600.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001792104 | KOPENHAVER | MT LAGUNA | CA | 91948 | $95,410.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001791377 | GRIEVE | MT LAGUNA | CA | 91948 | $42,100.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001790465 | ALLEN | MT LAGUNA | CA | 91948 | $74,547.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001790443 | LYTTLETON | MT LAGUNA | CA | 91948 | $13,000.00 |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001790247 | MAGDALUYO | MT LAGUNA | CA | 91948 | $22,800.00 |

| CARRIER | CLAIM NUMBER | OWNER LAST NAME | LOSS LOCATION CITY | STATE | ZIP | GRAND TOTAL |
|---|---|---|---|---|---|---|
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY | 8001790162 | FORD | MT LAGUNA | CA | 91948 | $30,500.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001842457 | BELL | MT LAGUNA | CA | 91948 | $103,367.05 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001824622 | ANTHONY JR | MT LAGUNA | CA | 91948 | $11,500.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001819812 | COX | MT LAGUNA | CA | 91948 | $12,500.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001812150 | COVARRUBIAS | MT LAGUNA | CA | 91948 | $52,153.75 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001809437 | RUCH | MT LAGUNA | CA | 91948 | $6,388.30 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001806159 | SHULTZ | MT LAGUNA | CA | 91948 | $67,674.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001804420 | NITZ | MT LAGUNA | CA | 91948 | $37,001.44 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001804035 | POWELL | MT LAGUNA | CA | 91948 | $26,000.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001799718 | ADAMS | MT LAGUNA | CA | 91948 | $45,500.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001798953 | JOHNSON | MT LAGUNA | CA | 91948 | $55,127.91 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001792979 | CARLSON | MT LAGUNA | CA | 91948 | $51,897.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001792917 | BENKER | MT LAGUNA | CA | 91948 | $14,125.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001792890 | SALINI | MT LAGUNA | CA | 91948 | $51,499.02 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001791726 | LOPEZ | MT LAGUNA | CA | 91948 | $48,570.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001790211 | BRILL | MT LAGUNA | CA | 91948 | $25,500.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001789766 | JESMOND | MT LAGUNA | CA | 91948 | $22,258.69 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001789647 | PALMER | MT LAGUNA | CA | 91948 | $3,124.05 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001788577 | ACUNA | MT LAGUNA | CA | 91948 | $32,000.00 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 8001787755 | JAYROE | MT LAGUNA | CA | 91948 | $89,633.00 |
| FIRE INSURANCE EXCHANGE | 8002265205 | CARTER | MT LAGUNA | CA | 91948 | $3,000.00 |
| FIRE INSURANCE EXCHANGE | 8001921662 | NITZ | SHRINER CAMP | CA | 91948 | $5,700.00 |
| FIRE INSURANCE EXCHANGE | 8001796060 | URIBE | MT LAGUNA | CA | 91948 | $154,836.08 |
| CALIFORNIA FAIR PLAN ASSOCIATION | 179909 | LANE | MT LAGUNA | CA | 91948 | $176,357.34 |
| CALIFORNIA FAIR PLAN ASSOCIATION | 179905 | CLAY | MT LAGUNA | CA | 91948 | $194,473.16 |
| TOTAL | | | | | | $2,286,767.74 |

**EXHIBIT E**